UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN POLITO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendants. | No. 2:16-cv-0431 GEB CKD P<br><br><br><br>ORDER |

　　　　Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////
/////
/////
/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

2 counsel (ECF No. 4) is denied.

3 Dated: April 14, 2016

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

1/md
poli0431.31