1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CAREMEN POLITO,                          No.  2:16-cv-0431 GEB CKD P

12              Plaintiff,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14   UNKNOWN,

15              Defendants.

16

17        On March 4, 2016, plaintiff was ordered to file an application to proceed in forma

18   pauperis or pay the filing fee for this action within thirty days.  Plaintiff was cautioned that failure

19   to do so would result in a recommendation that this action be dismissed.  The thirty day period

20   has now expired and plaintiff has not filed an application to proceed in forma pauperis or paid the

21   filing fee.

22        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

28   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

(9th Cir. 1991).

Dated:  April 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
poli0431.fifp

2