UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN POLITO,<br><br>            Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>            Defendants. | No.  2:16-cv-0431 GEB CKD P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the court's April 14, 2016 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 11) is granted.  Plaintiff is granted 21 days within which to file objections to the court's April 14, 2016 findings and recommendations.

Dated:  May 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
poli0431.ext